**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MAY 2 3 2012

MATTHEW J. DYKMAN
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 12-1248 MV |
| Plaintiff, | ) | |
| | ) | Count 1: 18 U.S.C. §§ 2, 1153, 2241(c) |
| vs. | ) | and 2246(2)(B): Aggravated Sexual |
| | ) | Abuse, Aiding and Abetting; |
| HERBERT BEN, Sr., | ) | |
| ROSABELLE BEN, | ) | Count 2: 18 U.S.C. §§ 2, 1152, 1153, |
| BRUCE HAMMILTON and | ) | 2241(c) and 2246(2)(B): Aggravated |
| HERBERT BEN, Jr., | ) | Sexual Abuse, Aiding and Abetting; |
| Defendant. | ) | |
| | ) | Count 3: 18 U.S.C. §§ 1153, 2241(c) |
| | ) | and 2246(2)(A): Attempted Aggravated |
| | ) | Sexual Abuse. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about December 3, 2011, in Indian Country, in San Juan County, in the District of New Mexico, the defendants, **HERBERT BEN, Sr. and ROSABELLE BEN**, both Indians, did knowingly engage in a sexual act with Jane Doe, a person known to the grand jury, who had attained the age of 12 years but had not attained the age of 16 years and was at least four years younger than the defendants, by using force, and the sexual act consisted contact between the mouth and the vulva of Jane Doe.

In violation of 18 U.S.C. §§ 2, 1153, 2241(c) and 2246(2)(B).

Count 2

On or about between March 1, 2011, and April 30, 2011, in Indian Country, in San Juan County, in the District of New Mexico, the defendant **BRUCE HAMMILTON**, a non-Indian and **ROSABELLE BEN**, an Indian, did knowingly engage in a sexual act with Jane Doe, an Indian, a person known to the grand jury, who had attained the age of 12 years but had not attained the age of 16 years and was at least four years younger than the defendants, by using force, and the sexual act consisted of contact between the mouth and the vulva of Jane Doe.

In violation of 18 U.S.C. §§ 2, 1152, 1153, 2241(c) and 2246(2)(B).

Count 3

On or about between October 1, 2010 and November 30, 2010, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **HERBERT BEN, Jr.**, an Indian, did knowingly attempt to engage in a sexual act with Jane Doe, a person known to the grand jury, who had attained the age of 12 years but had not attained the age of 16 years and was at least four years younger than the defendant, by using force, and the attempted sexual act consisted of contact between the penis and the vulva, however slight.

In violation of 18 U.S.C. §§ 1153, 2241(c) and 2246(2)(A).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

---
Assistant United States Attorney
05/17/12 8:37am