

FILED
At Albuquerque NM

JAN 0 3 2013

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 12-1248 MV LFG |
| ) | |
| vs. ) | 18 U.S.C. § 113(a)(5): Simple Assault |
| ) | of a Person who has not Attained the |
| HERBERT BEN, Jr., ) | Age of Sixteen (MISDEMEANOR). |
| ) | |
| Defendant. ) | |

S U P E R S E D I N G   I N F O R M A T I O N

The United States Attorney charges:

On or about between October 1, 2010 and November 30, 2010, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **HERBERT BEN, Jr.**, an Indian, did assault Jane Doe, a person under sixteen years of age.

In violation of 18 U.S.C. §§ 1153 and 113(a)(5).

KENNETH J. GONZALES
United States Attorney

_____
JACOB A. WISHARD
Assistant United States Attorney
201 Third Street, Suite 900
Albuquerque, NM 87103
(505) 346-7274