*Rev. May 22, 2012*

| | | | | |
|---|---|---|---|---|
| | **PLEA MINUTE SHEET**<br>IN THE UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE) | | | |
| | **CR 12-1248 LFG** | | **UNITED STATES vs. BEN, Jr.** | |
| | **Before The Honorable Lorenzo F. Garcia , United States Magistrate Judge** | | | |
| Hearing Date: | **January 3, 2013** | Time In and Out: | **3:13 pm - 3:37 pm** | |
| Clerk: | K. Dapson | Digital Recorder: | **Liberty - Pecos** | |
| Defendant: | **Herbert Ben, Jr.** | Defendant's Counsel: | **Michael Alraid, Jr.** | |
| AUSA: | **Jacob Wishard** | Interpreter: | | Sworn |
| | | | | Waived |
| X | Defendant Sworn | | First Appearance | |
| X | Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect. | | | |
| X | Deft acknowledges receipt of: **Information** | | | |
| X | If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right. | | | |
| X | Terms and conditions of proposed plea agreement explained. | | | |
| X | Factual predicate to sustain the plea provided. | | | |
| X | Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication.  Deft advised of charge(s), penalties and possible consequences of the plea. | | | |
| X | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). | | | |
| X | Deft questioned re time to consult with attorney and if satisfied with his or her representation. | | | |
| X | Court finds Deft fully understands charge(s), terms of plea, and the consequences of entry into plea agreement. | | | |
| X | Deft pleads GUILTY to: **Information** | | | |
| X | Allocution by Deft on elements of charge(s). | | | |
| X | Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted. | | | |
| X | Deft adjudged guilty. | | | |
| X | Acceptance of plea agreement deferred until final disposition hearing by district judge. | | | |
| X | Sentencing Date:          **to be notified** | | | |
| | **Defendant to Remain in Custody** | | | |
| X | **Conditions of release set** | | **Conditions changed to:** | |
| X | **Penalty for failure to appear explained** | | | |
| X | **Presentence Report Ordered** | | **Expedited (Type III)** | |
| | **Other Matters:** | | | |