IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal No. 12-1248 MV |
| | ) | |
| HERBERT BEN, JR., | ) | |
| | ) | |
| Defendant. | ) | |

### UNITED STATES' RESPONSE TO DEFENDANT'S SENTENCING/DISPOSITION MEMORANDUM

The United States of America hereby files its response to Defendant's Sentencing

Memorandum.  Doc. 140.

The United States does not oppose Defendant's requested disposition.

Respectfully submitted,

KENNETH J. GONZALES
United States Attorney

*Filed electronically 6/21/13 by*
JACOB A. WISHARD
Assistant United States Attorney
201 3rd St. NW, Suite 900
Albuquerque, NM  87103
(505) 224-1402

I HEREBY CERTIFY that I electronically filed
the foregoing with the Clerk of the Court using
the CM/ECF system which will send notification
to opposing counsel of record, and the assigned
USPO on this date.

*Filed electronically 6/21/13 by*
JACOB A. WISHARD
Assistant United States Attorney