UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO

# SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No. | 12-1248-MV | USA vs. | Ben, Jr. |
| Date: | July 18, 2013 | Name of Deft: | Herbert Ben, Jr. |

| Before the Honorable | Martha Vázquez |
|---|---|

| | | | |
|---|---|---|---|
| Time In/Out: | 11:00 a.m. / 11:35 a.m. | Total Time in Court (for JS10): | 35 minutes |
| Clerk: | Linda Romero | Court Reporter: | Susan Sperry |
| AUSA: | Jacob Wishard | Defendant's Counsel: | Michael Alarid, Jr. |
| Sentencing in: | Santa Fe, New Mexico | Interpreter: | None |

| | | | | |
|---|---|---|---|---|
| Probation Officer: | Loyola Garcia | Sworn? | Yes | No |
| Convicted on: | X Plea / Verdict | As to: | X Information | Indictment |
| If Plea: | X Accepted / Not Accepted | Adjudged/Found Guilty on Counts: | | |
| If Plea Agreement: | X Accepted / Not Accepted / No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | 1/3/13 | PSR: | X Not Disputed | Disputed |
| PSR: | X Court Adopts PSR Findings | Evidentiary Hearing: | X Not Needed | Needed |
| Exceptions to PSR: | | | | |

## SENTENCE IMPOSED

Imprisonment (BOP):   248 days or time served, whichever is less

| | | | |
|---|---|---|---|
| Supervised Release: | 1 year | Probation: | 500-Hour Drug Program |
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | Comply with ICE laws and regulations | | Community service for _____ months _____ days |
| | Substance abuse treatment program | | Reside residential reentry center _____ months _____ days |
| | Mental health treatment program | | Register as sex offender |
| X | No alcohol/intoxicants | | Participate in sex offender treatment program |
| X | Submit to search of person/property for alcohol | | Possess no sexual material |
| X | No contact with victim or victim's family | | No computer with access to online services |
| | No entering, or loitering near, victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | | Restricted from occupation with access to children |
| | | | No loitering within 100 feet of school yards |

| X | OTHER:   Defendant shall attend AA meetings twice a month for the first three months.   A psycho-sexual assessment and risk assessment shall be performed with copies of the report going to counsel and the Court.   Further conditions of supervised release may be imposed after the parties and the Court have reviewed the assessment and report. |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Fine: | $ 0 | Restitution: $ | 0 | | |
| SPA: | $ 25 | Payment Schedule: | X Due Imm. | | Waived |
| OTHER: | | | | | |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
| | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | |
| | Dismissed Counts: | | |

| OTHER COMMENTS | Court addresses defendant.   Defense counsel addresses Court.   Government counsel addresses Court.   Defendant addresses Court. |
|---|---|